**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Civil No. 22-cv-1395-DWD** |
| | ) | |
| **JOSHUA S. DWIGHT, and** | ) | |
| **AMY J. DWIGHT,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**ORDER CONFIRMING**
**UNITED STATES MARSHAL'S REPORT OF SALE**

**DUGAN, District Judge:**

United States Marshal, David C. Davis, appointed by the Court to sell the property at issue in this case and otherwise effectuate this Court's Order granting default judgment and directing sale of mortgaged property (Doc. 13) has provided a Report of Sale dated May 10, 2023 (Doc. 17).  Having reviewed that report, the Court finds that the United States Marshal has proceeded in accordance with the terms of the Judgment (Doc. 14) and Order (Doc. 13), and that the sale was fairly made.

Accordingly, the Government's Motion for an Order Approving the United States Marshal's Report of Sale (Doc. 18) is **GRANTED**, and the undersigned **APPROVES AND CONFIRMS** the Report of Sale (Doc. 17).

**SO ORDERED.**

Dated: May 18, 2023

/s *David W. Dugan*

_____
DAVID W. DUGAN
United States District Judge